**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **TODD HARPER,** | : CASE NO. 2:10-cv-539 |
| Plaintiff, | : JUDGE ALGERNON MARBLEY |
| v. | : MAGISTRATE JUDGE KEMP |
| **LIFESTYLE FAMILY FITNESS,** | : |
| Defendant. | : |

[] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] Decision by Court.  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 8, 2010 Order, the Court GRANTS the Joint motion for Court Approval of Settlement.  This case is DISMISSED with prejudice, with the parties to bear their own costs.

**Date:  December 8, 2010**          **James Bonini, Clerk**

                                   s/Betty L. Clark
                              **Betty L. Clark/Deputy Clerk**